**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello**

Civil Action No. 13-cv-02944-CMA-BNB

JESSE DOSHAY,

    Plaintiff,

v.

UNITED COLLECTION BUREAU, INC.,

    Defendant.

_____

**ORDER OF DISMISSAL WITH PREJUDICE**
_____

Pursuant to and in accordance with Fed. R. Civ. P. 41(a)(1)(A(ii) and the Stipulation of Dismissal With Prejudice (Doc. # 13), signed by the attorneys for the parties hereto, it is

ORDERED that this case is DISMISSED WITH PREJUDICE, each party to pay his or its own attorney fees and costs.

DATED:  January   06  , 2014

                                                BY THE COURT:

                                              _____
                                              CHRISTINE M. ARGUELLO
                                              United States District Court Judge